ANDREW M. ALTSCHUL (State Bar No. 226008)
BUCHANAN ANGELI ALTSCHUL &
SULLIVAN LLP
321 SW 4th Avenue, Suite 600
Portland, Oregon 97204
Telephone: 503.974.5022
Facsimile: 971.230.0337
E-mail: *andrew@baaslaw.com*

Attorney for Defendant

*E-FILED - 2/24/10*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**PAMELA ROOT**,

    Plaintiff,

v.

**HEALTH FITNESS CORPORATION GROUP LONG TERM DISABILITY INSURANCE PLAN,**

    Defendant,

**STANDARD INSURANCE COMPANY,**

    Real Party In Interest.

Case No. CV 09-01815-RMW  PVT

**STIPULATED DISMISSAL AND ORDER**

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel of record that the above-referenced action be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: January 15, 2010.

BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP

    /s/Andrew Altschul
Andrew M. Altschul (#226008)
Telephone: (503) 974-5022
Facsimile: (971) 230-0337
Email: *andrew@baaslaw.com*

Attorney for Defendant

- 1 -

**STIPULATED DISMISSAL**

1 | Dated: January 16, 2010.          LAW OFFICES OF LAURENCE F. PADWAY

/s/ Laurence F. Padway
Laurance F. Padway (#89314)
Telephone: (510) 814-0680
Facsimile: (510) 814-0650
Email: *lpadway@padway.com*

Attorney for Plaintiff

IT IS SO ORDERED:

Dated: ___2/24_____, 2010          _____*Ronald M. Whyte*_____
                                      UNITED STATES DISTRICT COURT JUDGE

-2-

**STIPULATED DISMISSAL**

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATED DISMISSAL** on the following named person(s):

Laurence F. Padway
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501

Attorneys for plaintiff

on the date indicated below by

☐ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

x overnight delivery

x Electronic Delivery via CM/ECF filing

in the matter *Pamela Root v. Health Fitness Corporation Group Long Term Disability Insurance Plan/Standard Insurance Company*, C-09-01815 (ND CA)

DATED: January 15, 2010.

BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP

/s/ Andrew Altschul
_____
Andrew M. Altschul (#226008)
Telephone: (503) 974-5022
Facsimile: (971) 230-0337
Email: *andrew@baaslaw.com*

Attorney for Defendant

- 1 -

**CERTIFICATE OF SERVICE**